UNITED STATES of America,
Plaintiff–Appellee,

v.

Tomas Andres ACUNA–ESPINAL,
Defendant–Appellant.

No. 05–50143
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Aug. 17, 2005.

Joseph H. Gay, Jr, Assistant U.S. Attorney, San Antonio, TX, for Plaintiff–Appellee.

Donna F. Coltharp, San Antonio, TX, for Defendant–Appellant.

Before BENAVIDES, CLEMENT, and PRADO, Circuit Judges.

PER CURIAM: *

Appealing the Judgment in a Criminal Case, Tomas Andres Acuna–Espinal raises arguments that are foreclosed by *Almendarez–Torres v. United States*, 523 U.S.

224, 235, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), which held that a prior conviction is a sentencing factor under 8 U.S.C. § 1326(b)(2) and not a separate criminal offense. The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.